1046

[No. 16853-1-III.    Division Three.    December 31, 1998.]

RODNEY CRAIG RIGGS, *Appellant*, v. BLEYHL FARM SERVICE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-2-00688-7, Michael W. Leavitt, J., entered July 15, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 41164-1-I.    Division One.    January 4, 1999.]

KATRYN KAYANN SCHMIDT, *Appellant*, v. ROBERT WILLIAM SCHOENBACHLER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-3-05338-3, Joan DuBuque, J., entered July 29, 1997. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Cox, JJ.

[No. 16602-3-III.    Division Three.    January 7, 1999.]

*In the Matter of the Dependency of* A.M.

Appeal from a judgment of the Superior Court for Chelan County, No. 96-7-00217-1, Bart Vandegrift, J. Pro Tem., entered March 25, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16806-9-III.    Division Three.    January 7, 1999.]

EVERETT E. OLSON, ET AL., *Respondents*, v. M.L. & D. BUILDERS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 96-2-00088-7, Michael E. Cooper, J., entered June 30, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kato, JJ.